Approved: _____
BENJAMIN A. GIANFORTI
Assistant United States Attorney

Before:     HONORABLE ANDREW E. KRAUSE
            United States Magistrate Judge
            Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
UNITED STATES OF AMERICA          :
                                  :   21 Mag. 866
            -v.-                  :   RULE 5(c)(3) AFFIDAVIT
                                  :
JEFFRY P. SABOL,                  :
                                  :
            Defendant.            :
                                  :
----------------------------------x

SOUTHERN DISTRICT OF NEW YORK, ss:

      MICHAEL CALLANAN, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

      On or about January 15, 2021 the United States District Court for the District of Columbia (the "DDC") issued a warrant for the arrest of "Jeffrey P. Sabol" (the "Warrant"). The Warrant was based upon a complaint charging Jeffrey P. Sabol with one count of engaging in civil disorder, in violation of 18 U.S.C. § 231(a) (the "Complaint"). Copies of the Warrant, Complaint, and supporting affidavit (the "Agent Affidavit") are attached.

      I believe that JEFFREY P. SABOL, the defendant, who was taken into FBI custody on January 22, 2021, in the Southern District of New York, is the same individual as the "Jeffrey P. Sabol" who is wanted by the DDC.

      The bases for my knowledge and for the foregoing charges are, in part, as follows:

      1.  I am a Special Agent with the FBI.  I have been

personally involved in determining whether JEFFREY P. SABOL, the defendant, is the same individual as the "Jeffrey P. Sabol" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my discussions with other members of law enforcement, I know that:

a. On or about January 11, 2021, officers from the Clarkstown Police Department (the "CPD") encountered JEFFREY P. SABOL, the defendant, in New City, New York. SABOL was bleeding from several lacerations on his body. During the encounter, SABOL spontaneously uttered, in substance and in part, that he was "fighting tyranny in the DC Capitol" and that he was "wanted by the FBI." SABOL produced a Colorado driver's license that confirmed that his name is Jeffrey P. Sabol.

b. Members of the CPD took SABOL to the Westchester Medical Center. SABOL checked into the hospital under the name Jeffrey Sabol.

c. Later, other members of law enforcement interviewed SABOL at the hospital. SABOL acknowledged that he was the same Jeffrey P. Sabol named in the Complaint and admitted that he was in certain videos of the events of January 6, 2021.

WHEREFORE, deponent prays that JEFFREY P. SABOL, the defendant, be bailed or imprisoned, as the case may be.

*Michael Callanan*/AEK (w/ permission)
MICHAEL CALLANAN
Special Agent
FBI

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on: January 22, 2021

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK