UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JEFFREY P. SABOL,

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

21mj866

Defendant __Jeffrey P. Sabol_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


__/s/ Jeffrey P. Sabol_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Jeffrey P. Sabol_____
Print Defendant's Name

_____
Defendant's Counsel's Signature


__Jason Ser_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__1/22/21_____
Date

__Andrew Krause_____
U.S. ~~District Judge~~/U.S. Magistrate Judge